UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAROLD LeROY McCRAY, ) <br> ) <br> Petitioner, ) <br> ) <br> VS. ) <br> ) <br> NATHANIEL QUARTERMAN, Director, ) <br> Texas Department of Criminal Justice, ) <br> Correctional Institutions Division, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. <br><br> 3:08-CV-0588-G <br><br> **ECF** |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

**SO ORDERED**.

April 29, 2008.

*[signature: C. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**